

# Fourth Court of Appeals
## San Antonio, Texas

November 10, 2015

No. 04-15-00481-CV

**JOERIS GENERAL CONTRACTORS, LTD**.,
Appellant

v.

Rolando **CUMPIAN**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-14392
Honorable Stephani A. Walsh, Judge Presiding

# O R D E R

The reporter's record for this appeal was due to be filed on November 1, 2015. On November 2, 2015, court reporter Judy Stewart filed the second notice of late record seeking another 45-day extension to December 14, 2015. This Court may not grant an extension of time for more than 30 days. TEX. R. APP. P. 35.3(c).

It is therefore ORDERED that Judy Stewart file the reporter's record in this court no later than November 23, 2015. **NO FURTHER EXTENSIONS OF TIME WILL BE ALLOWED**.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of November, 2015.

_____
Keith E. Hottle
Clerk of Court